

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20424-CR-ALTONAGA/GOODMAN**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

**DANIEL GRIFFIN,**

       **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about October 31, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DANIEL GRIFFIN,**

knowingly possessed ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
### Possession of Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about July 10, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DANIEL GRIFFIN**,

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DANIEL GRIFFIN**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, the defendant, **DANIEL GRIFFIN**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and ammunition involved in or used in the commission of such violation.

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set

forth at Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
CHRISTINE HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

**DANIEL GRIFFIN,**

**Superseding Case Information:**

_____Defendant._____/

| Court Division: (Select One) | | | New defendant(s) | Yes ___ No ___ |
|---|---|---|---|---|
| ✓ | Miami | ___ Key West | Number of new defendants | |
| ___ | FTL | ___ WPB ___ FTP | Total number of counts | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                  (Check only one)

   I    0 to 5 days        ✓          Petty        ___
   II   6 to 10 days       ___        Minor        ___
   III  11 to 20 days      ___        Misdem.      ___
   IV   21 to 60 days      ___        Felony       ✓
   V    61 days and over   ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
CHRISTINE HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 15349

\*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  DANIEL GRIFFIN

**Case No:** _____

Count #: 1

Possession of Ammunition by Convicted Felon.

Title 18, United States Code, Section 922(g)(1)

*__Max. Penalty__*: 10 years' Imprisonment

Count #: 2

Possession of Firearm and Ammunition by Convicted Felon.

Title 18, United States Code, Section 922(g)(1)

*__Max. Penalty__*: 10 years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**