UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20424-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

DANIEL GRIFFIN,

      **Defendant.**
_____/

## VERDICT FORM

We, the Jury in the above-captioned case, unanimously find:

As to **Count 1** of the Indictment, we find Defendant **DANIEL GRIFFIN**:

NOT GUILTY   ✓          GUILTY _____

As to **Count 2** of the Indictment, we find Defendant **DANIEL GRIFFIN**:

NOT GUILTY _____     GUILTY  ✓

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

Dated: 11-13-2019